MARIA ROHRS, Appellant, *v.* CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Respondent, Impleaded with Others.

Argued December 3, 1937; decided January 4, 1938.

*L. E. Schlechter* and *Charles D. Hoffman* for appellant.
*John W. Kelly, Frank J. Podesta* and *Benjamin Rockmore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHAN, FINCH and RIPPEY, JJ.